**J. Ashlee Albies, OSB No. 051846**
ashlee@albiesstark.com
**Maya Rinta, OSB No. 195058**
maya@albiesstark.com
ALBIES & STARK LLC
1 SW Columbia St. #1850
Portland, OR  97204
Phone: 503-308-4770
Fax: 503-427-9292

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEAN COPPEDGE,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF HILLSBORO**, a municipality, **JAMES SCHOEFFLER** in his individual capacity, and **CLINT CHRZ** in his individual capacity**,**<br><br>Defendants. | CASE NO. 3:21-cv-00146-YY<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S DRAFT FINDINGS AND RECOMMENDATIONS** |

**LR 7-1 CERTIFICATION**

Pursuant to L.R. 7-1, the parties through their respective counsel conferred via email about this Motion and proposed extension. Defendants do not oppose this Motion.

**MOTION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff moves the Court for an order extending the deadline for Plaintiff's Supplemental Briefing identified by the Court's

PAGE - 1   PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S DRAFT FINDINGS AND RECOMMENDATIONS

**ALBIES & STARK**
**ATTORNEYS AT LAW**
1 SW COLUMBIA ST. #1850, PORTLAND, OR 97204
TEL 503.308.4770 | FAX 503.427.9292

Draft Findings and Recommendations, as ordered by the Court (Dkt. 38) by seven (7) days from January 12, 2022 to January 19, 2022.

On December 29, 2021, the Court provided its Draft Findings and Recommendations regarding Defendants' Motion to Dismiss all of Plaintiff's claims. Dkt. 38. The Court ordered Plaintiff to file within 14 days supplemental briefing explaining how she would amend the complaint to cure the defects with respect to her negligence and 42 U.S.C § 1983 claims, as identified in the draft Findings and Recommendations. *Id.* Due to the holidays and Plaintiff's attorneys' workload capacity, Plaintiff requests an extension of this deadline by seven (7) days to January 19, 2022.

This motion is supported by the Declaration of Maya Rinta, filed herewith.

Plaintiff's counsel conferred with Defendants' counsel regarding this Motion and proposed seven-day extension, and it is unopposed.

DATED this 4th day of January 2022.

       *s/ Maya Rinta*
       Maya Rinta, OSB No. 195058
       J. Ashlee Albies, OSB No. 051846

       *Attorneys for Plaintiff*

PAGE - 2   PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING IN RESPONSE TO THE COURT'S DRAFT FINDINGS AND RECOMMENDATIONS

**ALBIES & STARK**
**ATTORNEYS AT LAW**
1 SW COLUMBIA ST. #1850, PORTLAND, OR 97204
TEL 503.308.4770 | FAX 503.427.9292