**J. Ashlee Albies, OSB No. 051846**
ashlee@albiesstark.com
**Maya Rinta, OSB No. 195058**
maya@albiesstark.com
ALBIES & STARK LLC
1 SW Columbia St. #1850
Portland, OR  97204
Phone: 503-308-4770
Fax: 503-427-9292

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEAN COPPEDGE,** an individual,<br><br>Plaintiff,<br><br>     vs.<br><br>**CITY OF HILLSBORO**, a municipality, **JAMES SCHOEFFLER** in his individual capacity, and **CLINT CHRZ** in his individual capacity**,**<br><br>Defendants. | CASE NO. 3:21-cv-00146-YY<br><br>**DECLARATION OF MAYA RINTA IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING AS IDENTIFIED IN THE COURT'S DRAFT FINDINGS AND RECOMMENDATIONS** |

I, Maya Rinta, do hereby declare:

1. I am one of the attorneys for Plaintiff Jean Coppedge. I make this declaration in support of Plaintiff's Motion to Extend the Deadline for Plaintiff's Supplemental Briefing as Identified in the Court's Draft Findings and Recommendations and as ordered by the Court (Dkt. 38) in the above-named case.

2. On December 29, 2021, the Court provided the parties with draft Findings and Recommendations regarding Defendants' Motion to Dismiss and ordered Plaintiff to file

**ALBIES & STARK**
**ATTORNEYS AT LAW**
1 SW COLUMBIA ST. #1850, PORTLAND, OR 97204
TEL 503.308.4770 | FAX 503.427.9292

supplemental briefing within 14 days, which would be January 12, 2022. Dkt. 38.

3. Our firm has briefing for a class certification motion due next week in another case, to which I and the other attorney on this case, Ashlee Albies, will be dedicating our resources. Given this and the general delay over the holidays including my time out of office, I am requesting a seven-day extension of the deadline to provide supplemental briefing to January 19, 2022.

4. I believe good cause exists to support an extension of time.

DATED this 4th day of January 2022.

$\qquad$ _s/ Maya Rinta_ $\qquad$
Maya Rinta, OSB No. 195058

_Attorneys for Plaintiff_

DECLARATION OF MAYA RINTA IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEFING AS IDENTIFIED IN THE COURT'S DRAFT FINDINGS AND RECOMMENDATIONS

**ALBIES & STARK**
**ATTORNEYS AT LAW**
1 SW COLUMBIA ST. #1850, PORTLAND, OR 97204
TEL 503.308.4770 | FAX 503.427.9292